**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6897**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JUSAMUEL RODRIGUEZ MCCREARY,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., Chief District Judge. (3:06-cr-00190-RJC-1)

_____

Submitted: July 19, 2012                 Decided: July 26, 2012

_____

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jusamuel Rodriguez McCreary, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jusamuel Rodriguez McCreary appeals the district court's orders dismissing his motions to rectify the record and redress grievances, and a subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. McCreary, No. 3:06-cr-00190-RJC-1 (W.D.N.C. Apr. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED